UNITED  STATES  DISTRICT COURT FOR
THE SOUTHERN  DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

        v.

THE HERTZ CORPORATION
    Defendant.

Case No. 1:21-mc-00010
(Originally Civil Action No. 145-364)

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: January 15, 2021

United States District Court Judge
Southern District of New York